# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALI ENSTROM,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 20-0030-WS-B |
| | ) |
| **RIVIERA UTILITIES,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated therein, the parties' second joint motion to dismiss with prejudice, (Doc. 18), is **granted**.  This action is **dismissed with prejudice**, each party to bear its own costs and attorney's fees.

DONE and ORDERED this 30th day of July, 2020.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE